KLONDYKE GOVERNMENT CONCESSION, LTD., Respondent, *v.* YUKON

GOLD COMPANY, Appellant, Impleaded with ARTHUR NEWTON CHRISTIAN TREADGOLD.— Judgment modified so as to provide for the payment of interest from February 14, 1914, and as so modified affirmed, with costs to appellant. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.